Jason S. Thorne #09813-025
Name and Prisoner Number/Alien Registration Number

USP-Tucson
Place of Confinement

P.O. Box 24550
Mailing Address

Tucson, AZ. 85734
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED _____ LODGED _____
RECEIVED _____ COPY _____

OCT 1 6 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Jason S. Thorne
(Full Name of Petitioner)                              )
                                                       )
                              Petitioner,              )   CV17-0516 TUCRCC-LCK
                                                       )   CASE NO.
                              vs.                      )   (To be supplied by the Clerk)
                                                       )
Warden Shartle                                         )
(Name of Warden, Jailor or authorized person          )   **PETITION UNDER 28 U.S.C. § 2241**
having custody of Petitioner)                          )   **FOR A WRIT OF HABEAS CORPUS**
                                                       )   **BY A PERSON IN FEDERAL CUSTODY**
                              Respondent.              )

## PETITION

1.  What are you challenging in this petition?
    - ☐ Immigration detention
    - ☐ Bureau of Prisons sentence calculation or loss of good-time credits
    - ☐ Probation, parole or supervised release
    - ☒ Other (explain): Actual & Factual Innocence of Statutorily Ineligible Sentence/DUE PROCESS RIGHTS

2.  (a) Name and location of the agency or court that made the decision you are challenging: US District Court - Southern District of Illinois BENTON TL

    (b) Case or opinion number: 12-CR-40080-1-JPG

    (c) Decision made by the agency or court: 156 month Sentence

Revised 3/9/07

1

**530**

(d) Date of the decision: _____3-7-13_____

3.  Did you appeal the decision to a higher agency or court?   Yes ☐   No ☑

    If yes, answer the following:

    (a) First appeal:

        (1) Name of the agency or court: _____

        (2) Date you filed: _____

        (3) Opinion or case number: _____

        (4) Result: _____

        (5) Date of result: _____

        (6) Issues raised: _____
            _____
            _____
            _____

        **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

    (b) Second appeal:

        (1) Name of the agency or court: _____

        (2) Date you filed: _____

        (3) Opinion or case number: _____

        (4) Result: _____

        (5) Date of result: _____

        (6) Issues raised: _____
            _____
            _____
            _____

        **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

    (c) Third appeal:

        (1) Name of the agency or court: _____

        (2) Date you filed: _____

2

(3) Opinion or case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

4.   If you did not appeal the decision to a higher agency or court, explain why you did not: *I was unable*
*to rely on the new divisibility of my State priors at that time.*

_____

_____

5.   Other than the appeals listed above, have you filed any other petitions, applications or motions concerning the issues raised in this petition?      Yes ☐      No ☑

If yes, answer the following:

(a)  Name of the agency or court: _____

(b)  Date you filed: _____

(c)  Opinion or case number: _____

(d)  Result: _____

(e)  Date of result: _____

(f)  Issues raised: _____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

6.   For this petition, **state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.**  Attach additional pages if you have more than four grounds.  State the <u>facts</u> supporting each ground.

**CAUTION:**  <u>To proceed in the federal court, you must ordinarily first exhaust (use up) your available administrative remedies on each ground on which you request action by the federal court.</u>

**GROUND ONE:** Actual & Factual Innocence of Statutorily Ineligible Sentence and never had an unobstructed procedural shot to present this argument.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner is actually and factually innocent of a statutorily ineligible, and he has not had an unobstructed procedural shot to present this claim, which arose after his time to appeal, and his initial 2255.

Petitioner's Unlawful Restraint prior in State of Illinois Williamson County Case No. 05-CF-326 is indivisible, due to the vagueness of the plea agreement as to the exact mental state of Petitioner and type of Unlawful Restraint Petitioner is alleged to have committed, thus this is an uncountable prior used to enhance Petitioners sentence to 186 months, which he is statutorily inelgile.

Furthermore, under USSG Amendment 794, Petitioner was a minimal participant in the alleged crime, and is substantially less culpable than his co-defendants. Petitioner was not a decision maker, rather a follower, answering to those above him.

None of the aforementioned was previously available to Petitioner on direct appeal, or original 2255.

(b) Did you exhaust all available administrative remedies relating to Ground One?     Yes ☐     No ☑

(c) If yes, did you present the issue to:
   ☐ The Board of Immigration Appeals
   ☐ The Office of General Counsel
   ☐ The Parole Commission
   ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground One, explain why:
Actual & Factual Innocence is not available on admin. remedies.

**GROUND TWO:** _____ N/A _____

_____

_____

_____

_____

(a)  Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b)  Did you exhaust all available administrative remedies relating to Ground Two?          Yes ☐      No ☐

(c)  If yes, did you present the issue to:
      ☐  The Board of Immigration Appeals
      ☐  The Office of General Counsel
      ☐  The Parole Commission
      ☐  Other: _____

(d)  If you did not exhaust all available administrative remedies relating to Ground Two, explain why:

_____

_____

_____

_____

_____

**GROUND THREE:** _____ N/A _____

_____

_____

_____

_____

(a)  Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b)  Did you exhaust all available administrative remedies relating to Ground Three?        Yes ☐     No ☐

(c)  If yes, did you present the issue to:
      ☐  The Board of Immigration Appeals
      ☐  The Office of General Counsel
      ☐  The Parole Commission
      ☐  Other: _____

(d)  If you did not exhaust all available administrative remedies relating to Ground Three, explain why:

_____

_____

_____

_____

_____

**GROUND FOUR:** _____ *N/A* _____

_____
_____
_____
_____
_____

    (a)  Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(b)  Did you exhaust all available administrative remedies relating to Ground Four?    Yes ☐    No ☐

(c)  If yes, did you present the issue to:
        ☐ The Board of Immigration Appeals
        ☐ The Office of General Counsel
        ☐ The Parole Commission
        ☐ Other: _____

(d)  If you did not exhaust all available administrative remedies relating to Ground Four, explain why:

_____
_____
_____
_____
_____

**Please answer these additional questions about this petition:**

7.    Are you challenging your conviction or sentence in any of the grounds raised above? Yes ☑       No ☐
(Claims challenging a federal conviction or sentence may only be raised in a motion under 28 U.S.C. § 2255, unless the § 2255 motion is legally inadequate or ineffective.)

If yes, answer the following:

(a)    Have you filed a motion under 28 U.S.C. § 2255?          Yes ☑       No ☐

If yes, answer the following:

(1) Name of court: US District Court - Southern Dist. Illinois BENTON IL

(2) Case number: 2017 US Dist Lexis 83201

(3) Opinion or case number: same as above

(4) Result: denied

(5) Date of result: 5-18-2017

(6) Issues raised: Johnson v. United States 135 S.Ct. 2551 applied to USSG 4B1.1

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

(b)    Explain why the remedy under § 2255 is inadequate or ineffective: This claim of an indivisible statute is NOT newly discovered evidence, nor is it a newly retroactive US Supreme Court case. This claim was NOT available for appeal or on his initial 2255.

8.    If this case concerns immigration removal proceedings, answer the following:

(a)    Date you were taken into immigration custody: _____

(b)    Date of removal or reinstatement order: _____

(c)    Did you file an appeal with the Board of Immigration Appeals?       Yes ☐       No ☐

(1) Date you filed: _____

(2) Case number: _____

8

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____

_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(d)  Did you file an appeal with the federal court of appeals?        Yes ☐        No ☐

    (1) Name of the court: _____

    (2) Date you filed: _____

    (3) Case number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

9.  Petitioner asks that the Court grant the following relief: _Vacate The illegal sentence and judgement / Evidentiary Hearing To Determine if Records Sustains To Vacate Sentence_

_____

or any other relief to which Petitioner may be entitled.  (Money damages are not available in habeas corpus cases.)

I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _OCT-11-2017_ _____ (month, day, year).

✗ _____
**Signature of Petitioner**

_____        ✗ _____
Signature of attorney, if any                            Date